# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAHMAL DAVID HAYES,<br><br>　　　　　Defendant. | Case No. 3:22-cr-00057-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public Defender, counsel for JAHMAL DAVID HAYES and JASON M. FRIERSON, United States Attorney, and ANDOLYN R. JOHNSON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for September 20, 2023, at 1:30 PM, be vacated and continued to October 4, 2023, at 1:00 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Hayes is detained and consents to the continuance. Specifically, Mr. Hayes was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 5th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for JAHMAL DAVID HAYES | By /s Andolyn R. Johnson<br>ANDOLYN R. JOHNSON<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel (ECF No. 57), and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for September 20, 2023, at 1:30 PM, is vacated and continued to **October 4, 2023, at 1:00 PM**.

DATED this 6th day of September, 2023.

_____
Anne R. Traum
United States District Court Judge